**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 3:95cr178-06**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **KENNETH JAMES WALLACE.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the request of the United States Probation Office to vacate an arrest warrant for the Defendant Kenneth James Wallace.

On September 22, 2009, the United States Probation Office filed a Petition alleging that the Defendant had violated the terms of his supervised release. [Doc. 515]. Based on the Petition, United States Magistrate Judge David Cayer ordered the issuance of a warrant for the Defendant's arrest. [Doc. 515 at 3]. The United States Probation Office now seeks to vacate the arrest warrant by striking the Magistrate Judge's Order for Arrest. For grounds, the Probation Office states that the warrant was based on the Defendant giving false addresses, but that an extensive investigation revealed that his last reported address was in fact viable.

The Court finds that there is good cause to vacate the Order for Arrest and arrest warrant. Accordingly, **IT IS, THEREFORE, ORDERED** that the Order for Arrest entered by Judge Cayer on September 22, 2009 [Doc. 515 at 3] is **VACATED**, and the warrant for the arrest of the Defendant is hereby **STRICKEN**.

**IT IS SO ORDERED.**

Signed: October 29, 2009

Martin Reidinger
United States District Judge